THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERBERT C. PETERSEN, Defendant-Appellant.

(No. 72-212;

Second District—March 12, 1974.

Opinion by Mr. JUSTICE T. MORAN.

Melvin Finer, of Mt. Carroll, for appellant.

Loren Golden, State's Attorney, of Mt. Carroll, for the People.